# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARGARET LALUMANDIER

VERSUS

PINNACLE EXTERIORS ROOFING, LLC

NO. 2022 CW 0322

**JUNE 21, 2022**

---

In Re:     Pinnacle Exteriors Roofing, LLC, applying for supervisory writs, Baton Rouge City Court, Small Claims Division, Parish of East Baton Rouge, No. 21-01138.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT NOT CONSIDERED AS UNTIMELY.** This writ application is untimely pursuant to the Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-3, in accordance with the provisions of La. Code Civ. P. art. 1914(A) and (B). The city court denied relator's exception of improper venue in open court at the August 25, 2021 hearing. Pursuant to the writ application, the city court did not order a written judgment, and a written judgment was not requested in accordance with La. Code Civ. P. art. 1914(B). A motion for a new trial or to reconsider does not affect the time delays for seeking supervisory review. <u>See</u> **Easley v. Am. Nation Prop. & Cas. Ins. Co.**, 2018-0517 (La. App. 1st Cir. 7/23/18), 2018 WL 3533462 (unpublished). Thus, the relator's notice of intent filed on November 8, 2021 was untimely pursuant to Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal, which provides in part that the return date shall not exceed thirty days from the date of the ruling at issue.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sml*

---
DEPUTY CLERK OF COURT
FOR THE COURT